IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAESAR ROGERS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00303-TES-CHW |
| | * |
| SGT BRADDEUS WELLMAKER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 28, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of December, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk