IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAESAR ROGERS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00303-TES-CHW |
| | * |
| SGT. BRADDEUS WELLMAKER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 21, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of February, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk